IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREAT LAKES INSURANCE SE**, <br><br> Plaintiff, <br><br> v. <br><br> **WAGNER DEVELOPMENT COMPANY, INC.**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 20-553-KSM** |

## ORDER

**AND NOW**, this 24th day of September, 2021, upon consideration of Plaintiff's Motion for Judgment on the Pleadings (Doc. No. 15), Defendant's Response in Opposition thereto (Doc. Nos. 17 & 18), and Plaintiff's Reply (Doc. No. 19), and for the reasons explained in the accompanying Memorandum, it is **ORDERED** as follows:

1. Plaintiff's Motion is **GRANTED**, and judgment is **ENTERED** in favor of Plaintiff.

2. The Court finds that Defendant is not entitled to insurance coverage, a defense, or indemnification from Plaintiff relating to any claims related to the alleged injuries sustained by Stanley Giercyk on or about July 11, 2017.

3. The Clerk of Court shall mark this matter as closed.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.